IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC (D.B.A. FIREPOND) <br><br> Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br>     v. <br><br> GOOGLE, INC., ET AL, <br><br>     Defendants. | No. 2:09-cv-142 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, David Pridham, enters his appearance in this matter for Plaintiff, FPX, LLC for the purpose of receiving notices and orders from the Court.

DATED this 12th day of May, 2009.

                                            Respectfully submitted,

                                      By: \s\ *David Pridham*
                                            David Pridham
                                            R.I. State Bar No. 6625
                                            Law Office of David Pridham
                                            25 Linden Road
                                            Barrington, Rhode Island 02806
                                            E-mail: david@pridhamiplaw.com
                                            401-633-7247 - Telephone
                                            401-633-7247 - Fax

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of May, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*\s\ David Pridham*