UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC (D.B.A. FIREPOND) § <br> INDIVIDUALLY AND ON BEHALF OF § <br> ALL OTHERS SIMILARLY SITUATED § <br> § <br> V. § <br> § <br> (1) GOOGLE, INC.; § <br> (2) YOUTUBE, LLC; § <br> (3) AOL, LLC; § <br> (4) TURNER BROADCASTING SYSTEM, § <br> INC.; § <br> (5) MYSPACE, INC. AND § <br> (6) IAC/INTERACTIVECORP § | CIVIL ACTION NO. 2:09-CV-00142 <br> Class Action Complaint <br> Jury |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF FPX, LLC (D.B.A. FIREPOND), ET AL

Plaintiff FPX, LLC (d.b.a. Firepond) Individually and on Behalf of All Others Similarly Situated, files this its Notice of Appearance of Additional Counsel for Plaintiff FPX, LLC (d.b.a. Firepond), et al, and hereby notifies the Court that attorney Kip Glasscock for the law firm Kip Glasscock, P.C. is appearing as additional counsel for FPX, LLC (d.b.a. Firepond) Individually and on Behalf of All Others Similarly Situated in the above referenced matter. Notice of all pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced below.

Counsel has been approved to appear in the above referenced case.

Respectfully submitted,

*/s/ Kip Glasscock*
Kip Glasscock
Texas State Bar No. 08011000
**Kip Glasscock P.C.**
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served this 12th day of May, 2009, with a copy of this document via the Court's CM/ECF system in accordance with Local Rule CV-5(a)(3).

*/s/ Kip Glasscock*
Kip Glasscock