

CT
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

May 20, 2009

Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street,
Suite 300,
Longview, TX 75601

Re: FPX, LLC (D.B.A. Firepond), individually and on Behalf of all others Similarly Situated, Pltf. vs. Google, Inc., et al. including Myspace, Inc., Dfts.

Case No. 2:09-CV-142

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of MySpace, Inc. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Joanne Holmes
Sr. Process Specialist

Log# 514883863

FedEx Tracking# 792795085498

cc: Easter District: United States District Court
    106 Federal Bldg.,
    211 W. Ferguson,
    Tyler, TX 75702

# CT
### a Wolters Kluwer business

CT
1209 Orange Street
Wilmington DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

May 20, 2009

Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street,
Suite 300,
Longview, TX 75601

Re: FPX, LLC (D.B.A. Firepond), individually and on Behalf of all others Similarly Situated, Pltf. vs. Google, Inc., et al including YouTube, LLC., Dfts.

Case No. 2:09-CV-142

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of YOUTUBE, LLC. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Joanne Holmes
Sr. Process Specialist

Log# 514883846

FedEx Tracking# 798101872899

cc: Texas Eastern District U S District Court
    Federal Building,
    211 West Ferguson,
    Tyler, TX 75702