UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:09-cv-142

Name of party requesting extension: AOL LLC

Is this the first application for extension of time in this case?     ☑ Yes

☐ No

If no, please indicate which application this represents:     ☐ Second

☐ Third

☐ Other _____

Date of Service of Summons: 05/14/2009

Number of days requested:     ☐ 30 days

☐ 15 days

☑ Other 45 days

New Deadline Date: 7/17/2009   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Donald C. Templin

State Bar No.: 19771500

Firm Name: Haynes and Boone, LLP

Address: 2323 Victory Avenue

Suite 700

Dallas, Texas 75219

Phone: 214-651-5000

Fax: 214-651-5940

Email: don.templin@haynesboone.com

A certificate of conference does not need to be filed with this unopposed application.