UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-cv-142

Name of party requesting extension: Turner Broadcasting System, Inc.

Is this the first application for extension of time in this case? ✓ Yes
☐ No

If no, please indicate which application this represents:
☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 05/19/2009

Number of days requested:
☐ 30 days
☐ 15 days
✓ Other 45 days

New Deadline Date: 7/23/2009    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Donald C. Templin
State Bar No.: 19771500
Firm Name: Haynes and Boone, LLP
Address: 2323 Victory Avenue
            Suite 700
            Dallas, Texas 75219
Phone: 214-651-5000
Fax: 214-651-5940
Email: don.templin@haynesboone.com

A certificate of conference does not need to be filed with this unopposed application.