UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC d/b/a FIREPOND, <br><br> Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., YOUTUBE, LLC, AOL, LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. AND IAC/INTERACTIVECORP, <br><br> Defendants. | Civil Action No. 2:09-cv-00142-TJW <br><br><br> CLASS ACTION COMPLAINT <br><br><br> JURY TRIAL REQUESTED |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Google, Inc., YouTube, LLC, AOL, LLC, Turner Broadcasting System, Inc., MySpace, Inc. and IAC/InterActiveCorp ("Defendants") hereby file this Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

Plaintiff FPX, LLC d/b/a Firepond ("Plaintiff") filed its Original Complaint on May 11, 2009. Defendants' deadlines to file a response to the Complaint vary based on service as follows: Google, Inc. has agreed to answer, move or otherwise respond to the Complaint by August 3, 2009; IAC/InterActiveCorp's answer is currently due on June 4, 2009; MySpace, Inc.'s answer is currently due June 22, 2009; YouTube, LLC's answer is currently due June 22,

Defendants' Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint - Page 1

2009; AOL, LLC's answer is currently due July 17, 2009;[1] and Turner Broadcasting System, Inc.'s answer is currently due July 23, 2009.[2]

Defendants respectfully move the Court for an extension of time to respond to the Complaint. Specifically, Defendants request that they be permitted to have up to and including Monday, August 3, 2009, to answer, move, or otherwise respond to the Complaint. Plaintiff does not oppose this request.

WHEREFORE, Defendants respectfully request that the Court grant this Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, up to and including August 3, 2009.

A proposed Order granting this unopposed motion is being submitted for the Court's convenience.

---

[1] AOL, LLC filed an Unopposed First Application for Extension of Time to Answer Complaint on May 28, 2009 (Docket No. 7) and was granted a 45-day extension.
[2] Turner Broadcasting System, Inc. filed an Unopposed First Application for Extension of Time to Answer Complaint on May 28, 2009 (Docket No. 8) and was granted a 45-day extension.

Dated: June 19, 2009.

    Respectfully submitted,

/s/ Charles L. Babcock
CHARLES L. "CHIP" BABCOCK
Texas State Bar No. 01479500
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6030
(214) 953-5822- Fax
Email: cbabcock@jw.com

DAVID T. MORAN
Texas State Bar No. 14419400
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6051
(214) 661-6677 - Fax
Email: dmoran@jw.com

CARL C. BUTZER
Texas State Bar No. 03545900
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANTS GOOGLE, INC., YOUTUBE, LLC, AOL, LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. AND IAC/INTERACTIVECORP

Defendants' Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint - Page 3

## CERTIFICATE OF CONFERENCE

Counsel for Defendants Google, Inc., YouTube, LLC, AOL, LLC, Turner Broadcasting System, Inc., MySpace, Inc. and IAC/InterActiveCorp conferred with counsel for Plaintiff FPX, LLC d/b/a Firepond concerning the relief requested in this motion on June 18, 2009. Counsel for FPX, LLC d/b/a Firepond stated that they had no objection to the relief requested herein.

/s/ Charles L. Babcock
Charles L. Babcock

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, June 19, 2009.

/s/ Charles L. Babcock
Charles L. Babcock

Defendants' Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint - Page 4

5540727v.1