# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC, (d.b.a. FIREPOND), Individually and on Behalf of All Others Similarly Situated, <br><br> **Plaintiff,** <br><br> v. <br><br> (1) GOOGLE, INC.; <br> (2) YOUTUBE, LLC; <br> (3) AOL, LLC; <br> (4) TURNER BROADCASTING SYSTEM, INC.; <br> (5) MYSPACE, INC., and <br> (6) IAC/INTERACTIVECORP <br><br> **Defendants.** | Civil Action No. 2:09-cv-00142 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Marc A. Fenster, enters his appearance as counsel for Plaintiff FPX, LLC in this matter and for the purpose of receiving notices and orders from the Court.

Dated: June 22, 2009                Respectfully submitted,

By: /s/ Marc A. Fenster
Marc A. Fenster, CA Bar # 181067
E-mail: mfenster@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

**Attorneys for Plaintiff**
**FPX, LLC**

3049-002 090622 MF NT Appearance

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on June 22, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: June 22, 2009                                            /s/ Marc A. Fenster
                                                                               Marc A. Fenster