UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FPX, LLC d/b/a FIREPOND, Individually and on Behalf of All Others Similarly Situated, § § § § § | § § | Civil Action No. 2:09-cv-00142-TJW |
| Plaintiff, | § § | CLASS ACTION COMPLAINT |
| v. | § § | |
| GOOGLE, INC., YOUTUBE, LLC, AOL, LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. AND IAC/INTERACTIVECORP, | § § § § § | JURY TRIAL REQUESTED |
| Defendants. | § | |

**ORDER GRANTING ALL DEFENDANTS UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendants Google, Inc., YouTube, LLC, AOL, LLC, Turner Broadcasting System, Inc., MySpace, Inc. and IAC/InterActiveCorp's Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint. Having reviewed the unopposed motion, the Court is of the opinion that the unopposed motion is well taken and should be GRANTED. Accordingly, the Court GRANTS Defendants Google, Inc., YouTube, LLC, AOL, LLC, Turner Broadcasting System, Inc., MySpace, Inc. and IAC/InterActiveCorp's Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint.

Defendants Google, Inc., YouTube, LLC, AOL, LLC, Turner Broadcasting System, Inc., MySpace, Inc. and IAC/InterActiveCorp shall have up to and including Monday, August 3, 2009 to answer, move or otherwise respond to Plaintiff's Comp

SIGNED this 23rd day of June, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE