UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |  |
|---|---|---|
| FPX, LLC d/b/a FIREPOND, | § § § | Civil Action No. 2:09-cv-00142-TJW |
| Individually and on Behalf of All Others Similarly Situated, | § § § |  |
| Plaintiff, | § § | CLASS ACTION COMPLAINT |
| v. | § § |  |
| GOOGLE INC., YOUTUBE, LLC, AOL, LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. AND IAC/INTERACTIVECORP, | § § § § § | JURY TRIAL REQUESTED |
| Defendants. | § § |  |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT IAC/INTERACTIVE CORP

Pursuant to Federal Rule of Civil Procedure 7.1, defendant IAC/InterActiveCorp ("IAC") hereby advises it is a publicly held company that has no parent company. At present, the only publicly held corporation that owns more than 10% of IAC's common stock is Liberty Media Corporation. Further, the proper defendant, IAC Search & Media, Inc. is a wholly-owned subsidiary of IAC.

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT IAC/INTERACTIVE CORP          PAGE 1**

Dockets.Justia.com

Respectfully submitted,


/s/ Charles L. Babcock
CHARLES L. "CHIP" BABCOCK
Texas State Bar No. 01479500
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6030
(214) 953-5822- Fax
Email: cbabcock@jw.com


DAVID T. MORAN
Texas State Bar No. 14419400
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6051
(214) 661-6677 - Fax
Email: dmoran@jw.com


CARL C. BUTZER
Texas State Bar No. 03545900
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com


ATTORNEYS FOR DEFENDANTS GOOGLE
INC., YOUTUBE, LLC, AOL, LLC, TURNER
BROADCASTING SYSTEM, INC., MYSPACE,
INC., AND IAC/INTERACTIVECORP

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, August 3, 2009.

/s/ Charles L. Babcock
Charles L. "Chip" Babcock