UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FPX, LLC d/b/a FIREPOND, | § § § | Civil Action No. 2:09-cv-00142-TJW |
| Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § | CLASS ACTION COMPLAINT |
| v. | § § | |
| GOOGLE INC., YOUTUBE, LLC, AOL, LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. AND IAC/INTERACTIVECORP, | § § § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

# CORPORATE DISCLOSURE STATEMENT OF
# DEFENDANT TURNER BROADCASTING SYSTEM, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Turner Broadcasting System, Inc. hereby advises that it is jointly owned by Historic TW Inc. and Warner Communications Inc. Turner Broadcasting System, Inc. is ultimately and indirectly owned by Time Warner Inc., a publicly traded company. No public traded company or person has a 10% or more stock ownership in Time Warner Inc.'s issued outstanding common stock.

Respectfully submitted,

/s/ Charles L. Babcock
CHARLES L. "CHIP" BABCOCK
Texas State Bar No. 01479500
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6030
(214) 953-5822- Fax
Email: cbabcock@jw.com

DAVID T. MORAN
Texas State Bar No. 14419400
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6051
(214) 661-6677 - Fax
Email: dmoran@jw.com

CARL C. BUTZER
Texas State Bar No. 03545900
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANTS GOOGLE INC., YOUTUBE, LLC, AOL, LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC., AND IAC/INTERACTIVECORP

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, August 3, 2009.

/s/ Charles L. Babcock
Charles L. "Chip" Babcock