UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FPX, LLC d/b/a FIREPOND, | § | Civil Action No. 2:09-cv-00142-TJW |
| | § | |
| Individually and on Behalf of All Others | § | |
| Similarly Situated, | § | |
| | § | |
| Plaintiff, | § | CLASS ACTION COMPLAINT |
| | § | |
| v. | § | |
| | § | |
| GOOGLE INC., YOUTUBE, LLC, AOL, | § | JURY TRIAL REQUESTED |
| LLC, TURNER BROADCASTING | § | |
| SYSTEM, INC. MYSPACE, INC. and | § | |
| IAC/INTERACTIVECORP, | § | |
| | § | |
| Defendants. | § | |

## **NOTICE OF APPEARANCE OF LEAD COUNSEL**

The following designated attorney hereby enters an appearance in this matter as lead counsel for Plaintiff FPX, LLC d/b/a Firepond, for the purpose of receiving all papers, including notices and orders, electronic and otherwise, from the Court.

>    Scott M. Kline
>    Texas State Bar No. 11573100
>    Andrews Kurth LLP
>    1717 Main Street, Suite 3700
>    Dallas, Texas 75201
>    Telephone: (214) 659-4400
>    Facsimile:  (214) 659-4401
>    Email: scottkline@andrewskurth.com

Dated: August 6, 2009.   Respectfully submitted,

ANDREWS KURTH LLP

By:   /s/ Scott M. Kline
    Scott M. Kline
    Texas State Bar No. 11573100
    1717 Main Street, Suite 3700
    Dallas, Texas 75201
    Telephone: (214) 659-4400
    Facsimile:  (214) 659-4401
    Email: scottkline@andrewskurth.com

ATTORNEYS FOR PLAINTIFF
FPX, LLC D/B/A FIREPOND

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 6, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: August 6, 2009   /s/ Scott M. Kline
    Scott M. Kline