IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC, dba Firepond<br>Individually and on Behalf of All Others<br>Similarly Situated<br><br>V.<br><br>GOOGLE, INC., ET AL. | §<br>§<br>§<br>§<br>§   CIVIL NO. 2:09-CV-142(TJW)<br>§<br>§<br>§ |

**O R D E R**

IT IS ORDERED that counsel be prepared to discuss the following at the Scheduling Conference on **October 13, 2009, at 1:50 p.m. in the United States District Court, 100 E. Houston Street, Marshall, Texas**:

1. Discovery plan for class certification to include number of hours of deposition testimony needed by each party to be ready for a class certification hearing;

2. Status of the exchange of privilege logs and proposed dates for the exchange of privilege logs in the event they have not been exchanged;

3. Issues of fact and law that the Court will need to determine for class certification purposes;

4. Deadline for identifying and filing expert reports;

5. Deadline for *Daubert* and *Kumho* challenges;

6. Deadline for filing any dispositive motions of class certification issues;

7. Date parties will be ready for class certification;

8. Date for the class certification hearing; and

9. Any pending motions.

SIGNED this 22nd day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE