IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

RECEIVED - CLERK
U.S. DISTRICT COURT
2009 SEP 28 PM 2: 04
TX EASTERN-MARSHALL

| | |
|---|---|
| FPX, LLC | § |
| | § |
| V. | § NO. 2:09cv142(TJW) |
| | § |
| GOOGLE, INC., ET AL | § |

## ORDER

This case is referred to United States Magistrate Judge Chad Everingham in accordance with the assignments made by General Order 07-03. The magistrate judge shall conduct pre-trial proceedings pursuant to 28 U.S.C. § 636.

The referral magistrate judge is designated to hear and determine all pre-trial matters and motions in connection with such suits except those motions excepted in 28 U.S.C. § 636(b)(1)(A). The magistrate judge is designated to conduct hearings, including evidentiary hearings, and to submit to the presiding judge findings of fact and recommendations for the disposition of all matters excepted under 28 U.S.C. § 636 (b)(1)(A).

SIGNED this 28th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE