FPX, LLC v. Google, Inc. et al Doc. 36

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FPX, LLC, dba Firepond, Individually and on Behalf of All Others Similarly Situated

V.

GOOGLE, INC., ET AL

**NOTICE**

CASE NUMBER: 2:09-CV-142 (TJW-CE)

TYPE OF CASE:

X **CIVIL** **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SCHEDULING CONFERENCE**

**X** TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| United States District Court<br>100 E. Houston<br>Marshall, TX 75670 | October 13, 2009, 1:50 p.m. | **October 26, 2009, 1:30 p.m., before Judge Everingham** |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

October 5, 2009
DATE

Debbie Latham
(BY) DEPUTY CLERK

TO: ALL COUNSEL OF RECORD

Dockets.Justia.com

**ATTENTION: STAFF OF JUDGE CHAD EVERINGHAM**

**ACKNOWLEDGMENT**

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

---

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. ______________________

Signature of Atty.____________________________________________________

Date

Print Name of Atty.________________________

Counsel for _______________________________

(Name of Party)

Type of Proceeding: ________________________________

(e.g., Scheduling Conference)

Date of Proceeding: ________________________________

Time of Proceeding: _________________

Location of Proceeding: ____________________