# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC, (d.b.a. FIREPOND), Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>(1) GOOGLE, INC.;<br>(2) YOUTUBE, LLC;<br>(3) AOL, LLC;<br>(4) TURNER BROADCASTING SYSTEM, INC.;<br>(5) MYSPACE, INC., and<br>(6) IAC/INTERACTIVECORP<br><br>        Defendants. | Civil Action No. 2:09-cv-00142 (TJW-CE)<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL AND DISCOVERY ORDER

Plaintiff FPX, LLC (d.b.a. Firepond), individually and on behalf of all others similarly situated and Defendants Google Inc., YouTube, LLC, AOL LLC, Turner Broadcasting Sytem, Inc., MySpace, Inc. and IAC/Interactivecorp., respectfully request that, on resolution of the issues of disagreement, as described below, the Court enter the attached proposed Docket Control and Discovery Order.

Despite meeting and conferring over several hours, and over several days, the parties were unable to reach agreement on various of the matters discussed pursuant to this Court's September 22, 2009 order and Rule 26(f) of the Federal Rules of Civil Procedure. Accordingly, the attached proposed Docket Control and Discovery Order reflects such areas of disagreement for consideration by the Court.

Dated: October 22, 2009          By: /s/ Marc A. Fenster

Marc A. Fenster, CA Bar No. 181067
Email: mfenster@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone:     310/826-7474
Facsimile:     310/826-6991

Attorneys for FPX, LLC (d.b.a. Firepond), individually and on behalf of all others similarly situated

/s/ Charles L. Babcock
Charles L. "Chip" Babcock, TX Bar No. 01479500
Email: cbabcock@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:     214/953-6030
Facsimile:     214/953-5822

David T. Moran, TX Bar No. 14419400
Email: dmoran@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:     214/953-6051
Facsimile:     214/661-6677

Carl C. Butzer, TX Bar No. 03545900
Email: cbutzer@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:     214/953-5902
Facsimile:     214/661-6609

Attorneys for Defendants GOOGLE, INC., YOUTUBE, LLC, AOL LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. and IAC/INTERACTIVECORP

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on October 22, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: October 22, 2009                          /s/ Marc A. Fenster
                                                               Marc A. Fenster