IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FPX, LLC | § | |
| | § | |
| V. | § | CIVIL NO. 2:09-CV-142 (TJW-CE) |
| | § | |
| GOOGLE, INC., ET AL | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN BECK AMAZING PROFITS, LLC | § | |
| | § | |
| V. | § | NO. 2:09-CV-151 (TJW-CE) |
| | § | |
| GOOGLE, INC., ET AL | § | |

### Scheduling Conference Minutes
### October 26, 2009

**OPEN:** 1:30 p.m.                                                **ADJOURN:** 1:47 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Marc Fenster |
| | David Pridham |
| | Kip Glasscock |
| ATTORNEYS FOR DEFENDANTS: | Chip Babcock |
| | Carl Butzer |
| LAW CLERK: | Jim Warriner |
| COURTROOM DEPUTY: | Jan Lockhart |

Court opened. Counsel for the parties announced ready for hearing.

Counsel for the parties indicated that there was a disagreement as to whether the cases should be consolidated or coordinated. Mr. Fenster spoke on behalf of Plaintiff. Mr. Babcock spoke on behalf of Defendants. The Court considers the FPX and Beck cases as coordinated cases for the present time. The Court set discovery limits for the coordinated cases and instructed the parties to meet and confer regarding deadlines for a Class Certification hearing to be held on Tuesday, October 26, 2010 at 9:30 a.m. in the FPX case. The Class Certification in the Beck case is set on Tuesday, October 26, 2010 at 1:30 p.m. The parties will submit agreed schedules.

Court adjourned.