Appendix K											Revised: 1/24/07

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
MARSHALL DIVISION
**APPLICATION TO APPEAR PRO HAC VICE**

2009 OCT 29 AM 9:45

TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:09-CV-00142__
   Style: __FPX, LLC. v. Google, Inc., et al.__
2. Applicant is representing the following party/ies: __Plaintiff FPX, LLC.__
3. Applicant was admitted to practice in __CA__ (state) on __12/11/1996__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/has (not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    __UNITED STATES DISTRICT COURT, CENTRAL AND SOUTHERN__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, __Raquel Vallejo__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __Oct. 27, 09__    Signature __/s/ Raquel__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Raquel Vallejo
State Bar Number 186667
Firm Name: Russ August & Kabat
Address/P O Box: 12424 Wilshire Blvd., 12th floor
City/State/Zip: Los Angeles CA 90025
Telephone #: (310) 826-7474
Fax #: (310) 826-6991
E-mail Address: rvallejo&raklaw.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above This application has been approved for the court on: _____10-29-09_____

DAVID J. MALAND, CLERK

David J. Maland, Clerk
U S District Court, Eastern District of Texas

By _____C. Hinton_____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004996

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Thursday, October 29, 2009**

Received from:

**Russ August & Kabat**
**12424 Wilshire Blvd 12th Floor**
**Los Angeles Ca 90025**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:09-cv-142**
Comments: **Ck# 3339 PHV for Vallejo**

Received by: **ch**