# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC, (d.b.a. FIREPOND), Individually and on Behalf of All Others Similarly Situated, <br><br> **Plaintiff,** <br><br> v. <br><br> (1) GOOGLE, INC.; <br> (2) YOUTUBE, LLC; <br> (3) AOL, LLC; <br> (4) TURNER BROADCASTING SYSTEM, INC.; <br> (5) MYSPACE, INC., and <br> (6) IAC/INTERACTIVECORP <br><br> **Defendants.** | Civil Action No. 2:09-cv-00142 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Raquel Vallejo, enters his appearance as counsel for Plaintiff FPX, LLC in this matter and for the purpose of receiving notices and orders from the Court.

Dated: October 30, 2009                     Respectfully submitted,

By: /s/ Raquel Vallejo
Raquel Vallejo, CA Bar # 186667
E-mail:  mfenster@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

**Attorneys for Plaintiff**
**FPX, LLC**

3049-002 091028 RV NT Appearance

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on October 30, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: October 30, 2009                      /s/ Raquel Vallejo
                                                          Raquel Vallejo