IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC, (d.b.a. FIREPOND), Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>(1) GOOGLE, INC.;<br>(2) YOUTUBE, LLC;<br>(3) AOL, LLC;<br>(4) TURNER BROADCASTING SYSTEM, INC.;<br>(5) MYSPACE, INC., and<br>(6) IAC/INTERACTIVECORP<br><br>Defendants. | Civil Action No. 2:09-cv-00142 (TJW-CE)<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

**SUBMISSION OF DOCKET CONTROL ORDER**

Plaintiff FPX, LLC (d.b.a. Firepond), individually and on behalf of all others similarly situated and Defendants Google Inc., YouTube, LLC, AOL LLC, Turner Broadcasting System, Inc., MySpace, Inc. and IAC/Interactivecorp., hereby submit their agreed Docket Control Order.

Dated: November 6, 2009

By: /s/ *Raquel Vallejo*
Marc A. Fenster, CA Bar No. 181067
Email: mfenster@raklaw.com
Raquel Vallejo, CA Bar No. 186667
Email: rvallejo@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone:    310/826-7474
Facsimile:    310/826-6991

Attorneys for FPX, LLC (d.b.a. Firepond), individually and on behalf of all others similarly situated

/s/ *Carl C. Butzer*
Carl C. Butzer, TX Bar No. 03545900
Email: cbutzer@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:    214/953-5902
Facsimile:    214/661-6609

Charles L. "Chip" Babcock, TX Bar No. 01479500
Email: cbabcock@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:    214/953-6030
Facsimile:    214/953-5822

David T. Moran, TX Bar No. 14419400
Email: dmoran@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:    214/953-6051
Facsimile:    214/661-6677

Attorneys for Defendants GOOGLE, INC., YOUTUBE, LLC, AOL LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. and IAC/INTERACTIVECORP

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 6, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: November 6, 2009                 /s/ *Raquel Vallejo*
                                                 Raquel Vallejo