UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC d/b/a FIREPOND, § | |
| § | Civil Action No. 2:09-cv-00142-TJW |
| Individually and on Behalf of All Others § | |
| Similarly Situated, § | |
| § | |
| Plaintiff, § | CLASS ACTION COMPLAINT |
| § | |
| v. § | |
| § | |
| GOOGLE INC., YOUTUBE, LLC, AOL § | JURY TRIAL REQUESTED |
| LLC, TURNER BROADCASTING § | |
| SYSTEM, INC., MYSPACE, INC. AND § | |
| IAC/INTERACTIVECORP, § | |
| § | |
| Defendants. § | |

## DEFENDANT IAC/INTERACTIVECORP.'S NOTICE OF DISCLOSURE

Defendant IAC/INTERACTIVECORP.[1] notifies the Court and all counsel of record that today it disclosed to counsel for Plaintiff the Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1). These disclosures were served by certified mail return receipt requested.

---

[1] The proper defendant is IAC/InterActiveCorp's subsidiary, IAC Search & Media, Inc., and the Initial Disclosures are provided on behalf of that entity.

**DEFENDANT IAC/INTERACTIVECORP.'S NOTICE OF DISCLOSURE – PAGE 1**

Respectfully submitted,

/s/ Charles L. Babcock
Charles L. "Chip" Babcock
Texas State Bar No. 01479500
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6030
(214) 953-5822- Fax
Email: cbabcock@jw.com

David T. Moran
Texas State Bar No. 14419400
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6051
(214) 661-6677 - Fax
Email: dmoran@jw.com

Carl C. Butzer
Texas State Bar No. 03545900
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANTS GOOGLE INC., YOUTUBE, LLC, AOL LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC., AND IAC/INTERACTIVECORP

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, November 25, 2009.

/s/ Charles L. Babcock
Charles L. "Chip" Babcock