# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC, (d.b.a. FIREPOND),<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>                              **Plaintiff,**<br><br>                v.<br><br>(1)    GOOGLE, INC.;<br>(2)    YOUTUBE, LLC;<br>(3)    AOL, LLC;<br>(4)    TURNER BROADCASTING<br>        SYSTEM, INC.;<br>(5)    MYSPACE, INC., and<br>(6)    IAC/INTERACTIVECORP<br><br>                              **Defendants.** | **Civil Action No. 2:09-cv-00142** |

## PLAINTIFF'S NOTICE OF DISCLOSURE

Plaintiff FPX, LLC notifies the Court and all counsel of record that today it disclosed to counsel for Defendants Google, Inc., Youtube, LLC, AOL, LLC, Turner Broadcasting System, Inc., Myspace, Inc. and IAC/Interactivecorp the Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1). These disclosures were served by electronic mail and first class mail.

Dated: November 25, 2009
                                                      Respectfully submitted,

                                                      By: /s/ Marc A. Fenster
                                                      Larry C. Russ, CA Bar No. 082760
                                                      E-mail: lruss@raklaw.com
                                                      Marc A. Fenster, CA Bar No. 181067
                                                      E-mail: mfenster@raklaw.com
                                                      Raquel Vallejo, CA Bar No. 186667

3049-002 091125 Ntc Discl.doc

E-mail: rvallejo@raklaw.com  
RUSS, AUGUST & KABAT  
12424 Wilshire Boulevard 12th Floor  
Los Angeles, California 90025  
Telephone: 310/826-7474  
Facsimile: 310/826-6991  

Scott M. Kline – LEAD COUNSEL  
TX Bar No. 11573100  
E-mail: scottkline@andrewskurth.com  
ANDREWS KURTH LLP  
1711 Main Street, Suite 3700  
Dallas, Texas 75201  
Telephone: 214/659-4400  
Facsimile: 214/659-4401  

Kip Glasscock, TX Bar No. 08211000  
E-mail: kipglasscock@hotmail.com  
KIP GLASSCOCK, P.C.  
550 Fannin, Suite 1350  
Beaumont, Texas 77701  
Telephone: 409/833-8822  
Facsimile: 409/838-4666  

David M. Pridham, RI Bar No. 6625  
E-mail: david@pridhamiplaw.com  
LAW OFFICE OF DAVID PRIDHAM  
25 Linden Road  
Barrington, Rhode Island 02806  
Telephone: 401/633-7247  
Facsimile: 401/633-7247  

Andrew W. Spangler , TX Bar No. 24041960  
E-mail: spangler@spanglerlawpc.com  
SPANGLER LAW P.C.  
208 N. Green Street, Suite 300  
Longview, Texas 75601  
Telephone: 903/753-9300  
Facsimile: 903/553-0403  

**Attorneys for Plaintiff**  
**FPX, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 25, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: November 25, 2009  /s/ Marc A. Fenster
Marc A. Fenster