UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FPX, LLC d/b/a FIREPOND, | § | |
| | § | Civil Action No. 2:09-cv-00142-TJW |
| Individually and on Behalf of All Others Similarly Situated, | § § § | |
| | § | |
| Plaintiff, | § | CLASS ACTION COMPLAINT |
| | § | |
| v. | § | |
| | § | |
| GOOGLE INC., YOUTUBE, LLC, AOL, LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. AND IAC/INTERACTIVECORP, | § § § § | JURY TRIAL REQUESTED |
| | § | |
| Defendants. | § | |

**DEFENDANTS AOL LLC AND TURNER BROADCASTING SYSTEM, INC'S
<u>UNOPPOSED MOTION TO WITHDRAW CERTAIN COUNSEL</u>**

COME NOW Defendants AOL LLC and Turner Broadcasting System, Inc. and respectfully request permission to withdraw Donald C. Templin of the law firm of Haynes and Boone LLC, 2323 Victory Avenue, Suite 700, Dallas, TX 75219, as their counsel of record in the above-styled case. The following named attorneys and firm will continue as lead counsel and co-counsel for Defendants AOL LLC and Turner Broadcasting System, Inc. in the above-styled case as previously indicated by their respective notices of appearance:

 Charles L. "Chip" Babcock, Lead Counsel
 David T. Moran, Counsel
 Carl C. Butzer, Counsel
 JACKSON WALKER L.L.P.
 901 Main Street, Suite 6000
 Dallas, Texas 75202

Plaintiff's counsel is not opposed to this motion. This withdrawal of counsel is not sought for purposes of delay, but so that justice may be done.

Defendants AOL LLC and Turner Broadcasting System, Inc.'s
<u>Unopposed Motion to Withdraw Certain Counsel</u> – Page 1

WHEREFORE, PREMISES CONSIDERED, Defendants AOL LLC and Turner Broadcasting System, Inc. respectfully request that the Court grant their Unopposed Motion to Withdraw Certain Counsel, and sign and enter an Order permitting the withdrawal of counsel as requested herein.

Respectfully submitted,

/s/ Charles L. Babcock
Charles L. "Chip" Babcock
Texas State Bar No. 01479500
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6030
(214) 953-5822- Fax
Email: cbabcock@jw.com

David T. Moran
Texas State Bar No. 14419400
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6051
(214) 661-6677 - Fax
Email: dmoran@jw.com

Carl C. Butzer
Texas State Bar No. 03545900
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANTS GOOGLE INC., YOUTUBE, LLC, AOL LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC., AND IAC/INTERACTIVECORP

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants AOL LLC and Turner Broadcasting System, Inc. have conferred with Plaintiff's counsel regarding the merits of the foregoing Motion pursuant to the requirement in Local Rule CV-7(h) and Plaintiff's counsel do not oppose the relief therein requested.

Certified this 15th day of December, 2009.

/s/ Charles L. Babcock
Charles L. "Chip" Babcock

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2009 the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Charles L. Babcock
Charles L. "Chip" Babcock