UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC d/b/a FIREPOND, § § Individually and on Behalf of All Others § Similarly Situated, § § Plaintiff, § § v. § § GOOGLE INC., YOUTUBE, LLC, AOL, § LLC, TURNER BROADCASTING § SYSTEM, INC., MYSPACE, INC. AND § IAC/INTERACTIVECORP, § § Defendants. § | Civil Action No. 2:09-cv-00142-TJW<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL REQUESTED |

**ORDER GRANTING DEFENDANTS AOL LLC AND TURNER BROADCASTING SYSTEM, INC'S UNOPPOSED MOTION TO WITHDRAW CERTAIN COUNSEL**

On this date came on for consideration Defendants AOL LLC and Turner Broadcasting System, Inc.'s Unopposed Motion to Withdraw Certain Counsel. Having considered the Motion, the Court is of the opinion that the same should be granted.

It is therefore ORDERED that said Motion is GRANTED and that Donald C. Templin, Haynes and Boone L.L.C., 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, is hereby withdrawn as counsel of record in the above-referenced case for Defendants AOL LLC and Turner Broadcasting System, Inc. Charles "Chip" L. Babcock, David T. Moran and Carl C. Butzer of Jackson Walker L.L.P., 901 Main Street, Suite 6000, Dallas, Texas 75202 remain counsel of record for Defendants AOL LLC and Turner Broadcasting System, Inc. in the above-styled case.