IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC d/b/a FIREPOND, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>GOOGLE, INC., ET AL. | No. 2:09-cv-00142-TJW-CE<br><br>JURY |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Debera W. Hepburn, enters her appearance in this matter for Plaintiff, FPX, LLC d/b/a FIREPOND, for the purpose of receiving all papers, including notices and orders from the Court.

Dated: December 16, 2009

Respectfully submitted,

FPX, LLC d/b/a FIREPOND

By: /s/ *Debera W. Hepburn*
Debera W. Hepburn
Texas State Bar No. 24049568
Hepburn Law Firm PLLC
P.O. Box 118218
Carrollton, TX 75011
214-403-4882 (Telephone)
888-205-8791 (Facsimile)
E-mail: dhepburn@heplaw.com

**ATTORNEY FOR PLAINTIFF
FPX, LLC d/b/a FIREPOND**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 16, 2009

/s/*Debera Hepburn*