UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FPX, LLC d/b/a FIREPOND, | § § § | Civil Action No. 2:09-cv-00142-TJW-CE |
| Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | CLASS ACTION COMPLAINT |
| v. | § § | |
| GOOGLE, INC., YOUTUBE, LLC, AOL, LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC. AND IAC/INTERACTIVECORP, | § § § § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

**AGREED MOTION FOR ENTRY OF PROPOSED AGREED PROTECTIVE ORDER**

Plaintiffs FPX, LLC d/b/a Firepond ("Plaintiff") and Defendants Google Inc., YouTube, LLC, AOL LLC, Turner Broadcasting System, Inc., MySpace, Inc., and IAC/InterActiveCorp (collectively "Defendants") hereby move the Court to enter their proposed Agreed Protective Order, and would respectfully show the Court the following:

The parties have agreed upon the entry of the protective order attached hereto as Exhibit "A." Accordingly, Plaintiff and Defendants respectfully request that the Court enter the Agreed Protective Order being submitted herewith.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court grant this Motion and enter their proposed Agreed Protective Order.

Agreed Motion for Entry of Proposed Agreed Protective Order – Page 1

Respectfully submitted,

/s/ Marc A. Fenster
Marc A. Fenster, CA Bar # 181067
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone:  310/826-7474
Facsimile:  310/826-6991
Email: mfenster@raklaw.com

ATTORNEYS FOR FPX, LLC (D.B.A. FIREPOND)


/s/ Charles L. Babcock
Charles L. "Chip" Babcock
Texas State Bar No. 01479500
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6030
(214) 953-5822- Fax
Email: cbabcock@jw.com

David T. Moran
Texas State Bar No. 14419400
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6051
(214) 661-6677 - Fax
Email: dmoran@jw.com

Carl C. Butzer
Texas State Bar No. 03545900
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANTS GOOGLE INC., YOUTUBE, LLC, AOL LLC, TURNER BROADCASTING SYSTEM, INC., MYSPACE, INC., AND IAC/INTERACTIVECORP

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2010, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, February 15, 2010.

/s/ Charles L. Babcock
Charles L. Babcock