UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC | |
| v. | No. 2:09-cv-142 |
| GOOGLE, INC., ET AL | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff, FPX, LLC ("FPX") moves this court for an order permitting the withdrawal of Debera Hepburn from representation of FPX in this action. FPX's other counsel remain of record.

FPX does not oppose the withdrawal, and the withdrawal of Debera Hepburn will not have a materially adverse affect on FPX as it is still represented by competent counsel who are fully capable of representing the interests of FPX. Defendants are unopposed to this motion.

Additionally, FPX requests that Debera Hepburn no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISES CONSIDERED, FPX requests this Court to grant the Motion to Withdraw.

February 26, 2010     Respectfully submitted,

                      FPX, LLC

By: /s/ *Debera W. Hepburn*  
Debera W. Hepburn  
Texas State Bar No. 24049568  
Hepburn Law Firm PLLC  
P.O. Box 118218  
Carrollton, Texas 75011  
Telephone: 214/403-4882  
Facsimile: 888/205-8791  
E-mail: dhepburn@heplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: February 26, 2010

/s/     *Debera W. Hepburn*  
Debera W. Hepburn

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel of record for the Defendants by email, and Defendants do not oppose this motion.

Dated: February 26, 2010

/s/     *Debera W. Hepburn*  
Debera W. Hepburn