UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FPX, LLC | |
| v. | No. 2:09-cv-142 |
| GOOGLE, INC., ET AL | JURY TRIAL DEMANDED |

## **ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY**

CAME ON THIS DAY for consideration the Unopposed Motion to Withdraw as Attorney of Debera Hepburn, attorney of record for FPX, LLC, and it appearing that such Motion should be GRANTED

IT IS, THEREFORE, ORDERED, that such Motion be, and the same is hereby, GRANTED.